AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Thomas W. Lyons, Inc.

V.

Sonus-USA, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  07-4227 DWF/SRN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is dismissed in its entirety with prejudice on the merits as to all parties, with each party to bear its own costs.

|  |  |
|---|---|
| February 18, 2009 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/LP Holden |
|  | (By)   LP Holden,   Deputy Clerk |

Form Modified:  09/16/04